**Order filed November 6, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

NO. 01-14-00938-CR

————————————

**XAVIER SHROD DUKES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1407998**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 74.**

The exhibit clerk of the 232nd District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit 74**, on or before November 16, 2015**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit 74**, to the clerk of the 232nd District Court.

PER CURIAM